**94**

---

**Jesse W. STANLEY, Appellant,**

v.

**Richard B. EASLEY and Paul T. Milliken, Appellees.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Charles G. Wylie, Wylie & Sloan, Lexington, for appellant.

Chester P. Care, Lexington, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

---

**Paul GUESS and Town & Country Builders of Marion, Inc., Appellants,**

v.

**Carl BARNES and wife, Willa Dean Barnes, Appellees.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

W. S. Greenwell, Marion, for appellants.

George B. Simpson, Sturgis, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

---

**Lloyd Tarter MEECE, Appellant,**

v.

**WORKMEN'S COMPENSATION BOARD et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Daniel A. Canning, Roger & Canning, Somerset, for appellant.

J. Keller Whitaker, Director of Workmen's Compensation Board, Department of Labor, Frankfort, Luker & Luker, London, Robert D. Hawkins, Chief Counsel, Special Fund, Department of Labor, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

---

**Carew MESSER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Carew Messer, pro se.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.